NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted April 27, 2012
Decided May 30, 2012

**Before**

MICHAEL S. KANNE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

No. 09-1032

| | |
|---|---|
| WILLIAM R. KERR, *Petitioner-Appellant*, | On Remand from the Supreme Court of the United States |
| *v.* | No. 2:04-cv-01153-CNC |
| MICHAEL A. DITTMANN, *Respondent-Appellee*. | Charles N. Clevert, Jr., *Chief Judge* |

**O R D E R**

After the district court's decision denying William Kerr's petition for a writ of habeas corpus, this court vacated its judgment and remanded the case for Kerr to develop his factual claims. *Kerr v. Thurmer*, 639 F.3d 315 (7th Cir. 2011). Respondent then filed a petition for a writ of *certiorari* with the United States Supreme Court, which granted the petition, vacated our judgment, and remanded for reconsideration in light of *Lafler v.*

*Cooper*, 132 S. Ct. 1376 (2012). Pursuant to Circuit Rule 54, the parties have now filed a joint statement discussing what action they believe to be appropriate. They have indicated that

no further action in this court is needed at this time, and thus that the case can simply be remanded to the district court for further proceedings consistent with *Lafler*. We agree with that position, and so we hereby order the case REMANDED for this purpose.